**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHRISTINA SILVA

        Plaintiff

    V.

LUSTIG GLASER & WILSON, PC

        Defendant

CIVIL ACTION

NO. <u>14CV13695-WGY</u>

**<u>ORDER OF DISMISSAL</u>**

<u>YOUNG, DJ</u>

In accordance with the Court's Order dated December 19, 2014, it is hereby ORDERED that the above-entitled action be and hereby is dismissed as the $400.00 filing fee has not been paid by the Plaintiff.

By the Court,

JANUARY 21, 2015

/s/Matthew A. Paine

Date

Deputy Clerk